JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELMA P., | CASE NO. CV 21-03188 AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 12, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge